UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLINT BRENCKLE                              CIVIL ACTION

VERSUS                                      No.: 17-13500

DR. MACFAY, ET AL.

                                            SECTION: "J"(3)

## ORDER

The Court, having considered the record, the applicable law, the *Motion to Dismiss* **(Rec. Doc. 10)** filed by Defendants, Dr. Cleveland and Warden Tanner, the Partial Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15), and Plaintiff's failure to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the *Motion to Dismiss* **(Rec. Doc. 10)** is hereby **DENIED IN PART** and **GRANTED IN PART.** The motion is **DENIED** with respect to the claim that Dr. Cleveland, in his individual capacity, violated Plaintiff's federal constitutional rights by refusing to provide him with a continuous positive airway pressure machine.

**IT IS FURTHER ORDERED** that the motion is **GRANTED** in all other respects and that all other claims against Dr. Cleveland and all claims against Warden Tanner are hereby **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 6th day of July, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE